# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 697 MAL 2014
:
                Respondent      : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
           v.                :
:
:
:
FRANK J. BOSLET JR.,         :
:
                Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.